## Mary L. Nichols, Appellee, v. Herbert Beard, Appellant.

**Gen. No. 45,928.** 

Nicholas J. Constantine, Peter E. Pallis, and Irving Goodman, for appellant; James G. Barber, and William B. Keefe, for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed October 7, 1953; released for publication December 14, 1953.